UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-60411-CIV-MORENO**

RUDYARD JEFFERS and MAURISIA
JEFFERS,

        Plaintiffs,

vs.

RHA 2, LLC; HAVENBROOK HOMES LLC;
and PATRICK WHELAN,

        Defendants.

        /

## ORDER REQUIRING DEFENDANTS TO FILE RESPONSE TO AMENDED COMPLAINT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

Although the Court recognizes that Defendants attached their Motion to Dismiss First Amended Complaint at page 75 of Composite Exhibit A to their Notice of Removal **(D.E. 1)**, filed on **February 26, 2018**, the Court directs the Defendants to separately file a response to the Amended Complaint on this docket by no later than next **Wednesday, March 28, 2018**.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 of March 2018.

                       FEDERICO A. MORENO
                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record